IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED BY
_____
NOV 14 2019

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

Richard Allen Hutton
_____
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Johnny Alexander & Tracy White
Amanda moore
Nathan Kersey
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
      A.  Have you begun other lawsuits in state or federal court dealing with the same facts
          involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

      B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
          than one lawsuit, describe the additional lawsuits on another piece of paper, using
          the same outline.)

          1.  Parties to this previous lawsuit
              Plaintiffs:     Richard Hutton
                                    vs.
              Defendants:   Johnny Alexander - Tracy White
                            Amanda Moore - Nathan Kersey

          2.  Court (if federal court, name the district; if state court, name the county):
              _____

          3.  Docket Number: _____

          4.  Name of judge to whom case was assigned:_____
          5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
              pending?)
              _____

          6.  Approximate date of filing lawsuit:_____

          7.  Approximate date of disposition:_____

Revised 4/18/08

II.    Place of Present Confinement: Harpin County Carectional Facility
       A. Is there a prisoner grievance procedure in the institution?

                                                              Yes (✓) No ( )
       B. Did you present the facts relating to your complaint in the state prisoner grievance
          procedure?                                          Yes (✓) No ()
       C. If your answer is Yes:
          1. What steps did you take? Sent 5 or more grievance about med
Still  Nothing being DONE, I've Ask For Explanation.
          2. What was the result? Nothing being done
             No Explanation
       D. If your answer is No, explain why not:_____

       _____

III.   Parties
       (In item A below, place your name in the first blank and place your present address in the
        second blank. Do the same for additional plaintiffs, if any.)
       A. Name of Plaintiff Richard Allen Hutton

          Address 525 Water Street. Savannah, Tennessee 38372

       (In item B below, place the full name of the defendant in the first blank, his official
       position in the second blank, and his  and his place of employment in the third blank.
       Use Item C for the names, positions, and places of employment of an additional
       defendants.)
       B. Defendant Johnny Alexander                    is employed as
          Sheriff
          at H.C.C.F.

       C. Additional Defendants: Tracy White Jail Administrator
          Amanda moore - nurse
          Nathan Kersey - n.P.
              All H.C.C.F.

IV.    Statement of Claim

       State here as briefly as possible the facts of your case. Describe how each defendant is
       involved. Include also the names of other persons involved, dates, and places. Do not
       give any legal arguments or cite any cases or statutes. If you intend to allege a number of
       related claims, number and set forth each claim in a separate paragraph. Use as much
       space as you need. Attach extra sheet if necessary.

(1) I Richard A. Hutton was incarcerated on of 8-24-19 after bing in (HCCF) for 2 or 3
weeks with out my meds I filed a grievance with no answer I sent a sick
call To The Nurse Amanda moore at whitch Time I ask for my meds. mrs moore
ask if someone could bring Them down To The (HCCF) I replied, if I can make
a call. mrs moore let me make The call To my sister, and she came down and give
my med's To her Thereafter I have not seen mrs moore or half my med's
unfortunately I have been given the wrong med's and within 2½ months I
have had 3 doses of miralaz, 3 doses of Flonaza, and NO inhaler That
I pest To have on me at all Times. and have ask for it numerous Time's
The (HCCF) did accomplish's getting out of paying for my med's

                                    -2-                    Revised 4/18/08   over →

since I was expected To have Them brought To the (HCCF) and
Them not pay for The meds I need I at less should have Them
on or around 10-22-19 I was To go and have a referal To have
a 3rd Nerve Block but was denied medical Treatment and have
filed grievance and reported my medical condition and blood suger
To The medical staff with no answer or help and no dental. I was
Told if my family would pay for me To go They would carry
me as long as my family pays for it. ② The (HCCF) does not
pass out razers and The inmate of 130 To 160 men and women have
To share Hair clippers at Time bloodly with no way To clean The
clippers Therefore exposing and spreading the virus of help C
and HIV under some circumstances cut The face and Neck
Therefore passing The virus's helpC, HIV, Aids ③ The HCCF
has no law library for The inmate's To do There legal work
no media news papers T.V. The inmates are cut off from
The outside world ④ The HCCF does not have church call out
and has but one church To come Therefore pushing a
religion on me That I do not beleave in and They put
The church in The cell's with inmates and will not let
but The one churches Bible in The Feil. ⑤ The officers are
disrespectful and Thareo Ten inmate's with instructions They
will be locked down, and slanderous say's To inmate's with
The jail administrator backing The officers no matter what
has been said The inmate's have no grands To stand on

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.

I would like for The (HCCF) To pay for all my medical bill's and The Benefits of The officer's and Jailers for The remainder of my life and a 1.5 million for medical and for my Religion and have suffering a church I do not beleeve in and it pushed on me I would like To have another 1.5 million and not bing able To shaved and. having To use The bloody hair clippers And not knowing if I have The virus of help C or HIV I would like another 1.5 millon and another 2.5 for The disrespectful officer's at The HCCF

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this ___8th___ day of ___NOV.___, 20 _19_.

_Richard Hatton_
(Signature of Plaintiff/Plaintiffs)

-3-                                            Revised 4/18/08